■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO ORTIZ, JR., Appellant. [60 NYS3d 891]—Appeal from a judgment of the Monroe County Court (John L. DeMarco, J.), rendered January 22, 2014. The judgment convicted defendant, upon a jury verdict, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a jury verdict of murder in the second degree (Penal Law § 125.25 [1]), defendant contends that County Court erred in failing to charge the jury on the defense of mistake of fact (*see* § 15.20 [1] [a]). Defendant failed to preserve that contention for our review (*see People v Streeter*, 21 AD3d 1291, 1291-1292 [2005], *lv denied* 6 NY3d 898 [2006]), and we decline to exercise our power to address it as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Contrary to defendant's further contention, the sentence is not unduly harsh or severe. Present—Centra, J.P., Carni, Lindley, Troutman and Winslow, JJ.